

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-26-00408-CV

**IN RE JSM LIVESTOCK, LLC**

Original Proceeding[1]

PER CURIAM

Sitting:  Lori I. Valenzuela, Justice
Adrian A. Spears II, Justice
Velia J. Meza, Justice

Delivered and Filed: July 15, 2026

PETITION FOR WRIT OF MANDAMUS DENIED; TEMPORARY STAY LIFTED; MOTION FOR RECONSIDERATION DISMISSED AS MOOT

Relator, JSM Livestock, LLC, filed its petition for writ of mandamus and emergency motion for temporary relief on May 19, 2026. We granted the motion for temporary relief and ordered the real parties in interest and the respondent to file their responses, if any, no later than June 12, 2026. The real parties in interest have filed a response to the petition for writ of mandamus and a motion for reconsideration of the temporary stay. JSM Livestock has filed a reply to the response.

Mandamus is an extraordinary remedy, available only when the relator can show (1) the trial court clearly abused its discretion or violated a duty imposed by law; and (2) there is no adequate remedy at law, such as an appeal. *Walker v. Packer*, 827 S.W.2d 833, 839-40 (Tex. 1992)

---

[1]This proceeding arises out of Cause No. 1242, styled *Maltsberger/Storey Ranch Lands, LLC, et al v. JSM Livestock, LLC*, pending in the 81st Judicial District Court, La Salle County, Texas, the Honorable Jennifer Dillingham presiding.

(orig. proceeding). Having considered the arguments of the parties and the record provided, this court concludes that JSM Livestock has not shown that it is entitled to the relief sought. TEX. R. APP. P. 52.8(a). The petition for writ of mandamus is denied. The temporary stay is lifted. The motion for reconsideration of our order granting a temporary stay is dismissed as moot.

PER CURIAM